# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KIMBERLY HICKEY,

    Plaintiff,

vs.

DELTA AIR LINES, INC., a foreign corporation,

    Defendant.

Case No. 2:25-cv-11346-DML-KGA

Hon. David M. Lawson

Magistrate Kimberly G. Altman

---

| | |
|---|---|
| Brandon J. Abro (P77606) | Scott R. Torpey (P36179) |
| Michael Laurila (P86937) | Timothy J. O'Connell (P79737) |
| CHRISTENSEN LAW | TAFT STETTINIUS & HOLLISTER LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 25925 Telegraph Rd., Ste. 200 | 27777 Franklin Rd., Ste. 2500 |
| Southfield, MI 48033 | Southfield, MI 48034-8214 |
| (248) 213-4900 | (248) 351-3000 |
| babro@davidchristensenlaw.com | storpey@taftlaw.com |
| mlaurila@davidchristensenlaw.com | toconnell@taftlaw.com |
| lspencer@davidchristensenlaw.com | |

---

## DEFENDANT DELTA AIR LINES, INC.'S FED. R. CIV. P. 26(a)(2)(A) DISCLOSURES AS TO EXPERTS – WRITTEN REPORT

NOW COMES Defendant DELTA AIR LINES, INC. ("Delta"), by and through its attorneys, TAFT STETTINIUS & HOLLISTER LLP, and pursuant to Fed. R. Civ. P. 26(a)(2)(A), (B) and (D), and the Court's August 19, 2025 Order (ECF No. 11), hereby discloses the following witnesses it may use at trial to present evidence under Federal Rule of Evidence 702, 703 or 705:

1. Ramsey J. Choucair, M.D.
   9301 North Central Expressway, Suite 551
   Dallas, TX 75231

2. David Fortenbaugh
   Engineering Systems Inc.
   5575 Tech Center Drive, Suite 115
   Colorado Springs, CO 80919
   866.994.8315

Delta expressly reserves the right to supplement this disclosure pursuant to Rules 26(a)(2)(E) and 26(e).

                                          Respectfully submitted,

                                          TAFT STETTINIUS & HOLLISTER LLP

Dated: January 12, 2026      By:   /s/ Timothy J. O'Connell
                                                 Scott R. Torpey (P36179)
                                                 Timothy J. O'Connell (P79737)
                                                 *Attorneys for Defendant Delta Air Lines, Inc.*
                                                 27777 Franklin Rd., Ste. 2500
                                                 Southfield, MI 48034-8214
                                                 (248) 351-3000
                                                 storpey@taftlaw.com
                                                 toconnell@taftlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 12, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing upon all ECF Participants.

/s/ Timothy J. O'Connell
Timothy J. O'Connell
toconnell@taftlaw.com

197261163

3