UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Kimberly Hickey,

                    Plaintiff(s),

v.                                              Case No. 2:25–cv–11346–DML–KGA
                                                Hon. David M. Lawson

Delta Air Lines, Inc,

                    Defendant(s),
_____


## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.  The following motion(s) are scheduled for hearing:

            Motion – #16
            Motion for Summary Judgment – #17

    • MOTION HEARING:  August 5, 2026 at 02:00 PM


## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/S. Pinkowski_____
                                            Case Manager


Dated:   April 6, 2026