UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY HICKEY,

               Plaintiff,                           Case Number 25-11346

v.                                        Honorable David M. Lawson

DELTA AIRLINES, INC.,

               Defendant.

_____/

## ORDER OF DISMISSAL

On April 28, 2026, the assigned mediator informed the Court that the parties have reached an agreement to resolve all of the claims in this matter.  The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.  Any party may apply to reopen the matter to enforce the settlement agreement **on or before May 29, 2026**.

It is further **ORDERED** that the defendant's motions to exclude expert testimony and for summary judgment (ECF No. 16, 17) are **DISMISSED** as moot.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated:   April 29, 2026